PD-1652-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 3:10:06 PM
Accepted 12/19/2015 11:17:49 AM
ABEL ACOSTA
CLERK

No. 07-15-00196-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                                    Appellant

v.

JOSE LUIS CORTEZ,                                                        Appellee

Appeal from Potter County

* * * * *

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS
PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

December 18, 2015

ABEL ACOSTA, CLERK

* * * * *

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)
information@spa.texas.gov

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its petition for discretionary review. The State's petition is due December 18, 2015. The State seeks an extension of 15 days which, pursuant to Rule 4.1, results in a due date of January 4, 2016. This additional time is required because a significant portion of the previous 30 days was lost to the Thanksgiving holiday and having to find and train a new secretary. No previous motions to extend this deadline have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until January 4, 2016, be granted.

Respectfully submitted,

    /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)
john.messinger@spa.texas.gov

**CERTIFICATE OF SERVICE**

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has on this the 18th day of December, 2015, been eFiled with or e-mailed to:

Richard Martindale
Assistant District Attorney
501 S. Fillmore Street, Suite 5A
Amarillo, Texas 79101-2449
richardmartindale@co.potter.tex.us

Q. Todd Hatter
HATTER LAW FIRM, PLLC
16013 Outback Trail
Amarillo, TX 79118
hatterlaw@cableone.net

/s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney